IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| ADRIANNA THURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 21SL-CC02526 |
| v. | ) | |
| | ) | Division No. 6 |
| ST. LOUIS COUNTY, et al. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF FILING FOR REMOVAL TO FEDERAL COURT

COMES NOW, Defendant St. Louis County, by and through the undersigned counsel of record, and provides Notice pursuant to 28 U.S.C. § 1446, that they have filed a Notice of Removal with the United States District Court for the Eastern District of Missouri, removing the above-captioned action from this Court.

PLEASE TAKE NOTICE that this Notice of Filing, and a copy of the Notice of Removal Filed in Federal Court appended hereto as Exhibit A, has been provided to all adverse parties and filed with the Missouri Circuit Court in the County of St. Louis, thereby effectuating the removal of the action to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

BETH ORWICK
COUNTY COUNSELOR

By:    /s/ Catherine M. Robertson
       Catherine M. Robertson #63200
       Associate County Counselor
       41 S. Central Avenue, 9th Floor
       Clayton, MO 63105
       (314) 615-7031 (direct)


EXHIBIT
B

(314) 615-3732 (facsimile)
crobertson@stlouisco.com

*Attorney for Defendant St. Louis County*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on this 6th day of July, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Catherine M. Robertson*