# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ADRIANNA THURMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:21-cv-00816 |
| ) | |
| ST. LOUIS COUNTY, et. al. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. | |

### NOTICE OF REMOVAL TO FEDERAL COURT PROPOUNDED TO PLAINTIFF

COMES NOW, Defendant St. Louis County, by and through the undersigned counsel, and provides Notice pursuant to 28 U.S.C. §1446, that it has filed a Notice of Removal with the United States District Court for the Eastern District of Missouri, removing the above-captioned case from St. Louis County Circuit Court (Cause No. 21SL-CC02526) to the United States District Court.

PLEASE TAKE NOTICE that this Notice of Removal to Federal Court Propounded to Plaintiff, a copy of the Notice of Removal filed in Federal Court, and a copy of the Notice of Filing for Removal to Federal Court filed in State Court have been filed and provided to plaintiff, thereby effectuating the removal of this action to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

BETH ORWICK
COUNTY COUNSELOR

By: */s/ Catherine M. Robertson*
Catherine M. Robertson #63200MO
Associate County Counselor


EXHIBIT C

Office of the County Counselor
41 S. Central Avenue, 9th Floor
Clayton, MO 63105
(314) 615-7031 (direct)
(314) 615-3732 (facsimile)
crobertson@stlouisco.com

*Attorney for Defendant St. Louis County*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 6th day of July, 2021, a true and accurate copy of the foregoing Notice of Removal to Federal Court Propounded to Plaintiff was filed electronically with the Clerk of Court and served via e-mail to:

Mark J. Pedroli
Pedroli Law, LLC
7777 Bonhomme Ave, Suite 2100
Clayton, Missouri 63105
(314) 669-1817
(314) 789-7400 (fax)
mark@pedrolilaw.com
*Attorney for Plaintiff*

Daniel J. Kolde
P.O. Box 440344
St. Louis, Missouri 63105
daniel.kolde.law@gmail.com
*Attorney for Plaintiff*

                */s/ Catherine M. Robertson*