UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADRIANNA THURMAN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No.  4:21-cv-00816-SRC |
| | ) |
| JENNIFER BELLO-KOTTENSTETTE, et al., | ) |
| | ) |
| Defendant(s). | ) |

**Order of Dismissal**

In accord with the orders entered this day, the Court dismisses the claims against Dr. Jennifer Bello-Kottenstette with prejudice and the claims against John Doe (No. 2) without prejudice.

So Ordered this 14th day of December 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE